UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMONA RICKY PATU,<br><br>           Plaintiff,<br><br>   v.<br><br>B. SMOKOSKA, et al.,<br><br>           Defendant. | CASE NO. 2:22-cv-00895-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    This case shall be dismissed without prejudice, 14 days from issuance of this order unless Plaintiff pays the filing fee.

(3)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this   20th   day of         July         , 2022.

*[signature]*
RICARDO S. MARTINEZ
United States District Judge

ORDER OF DISMISSAL - 1